**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONALD WINNETT                                                                              PLAINTIFF
ADC #139544

V.                                       NO: 2:10CV00106 DPM/HDY

DANNY BURLS *et al.*                                                                     DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 26, 2010, and service was ordered. On October 26, 2010, the summons was returned unexecuted as to Defendant Holloway (docket entry #38). Service had been attempted in the care of the Arkansas Department of Correction, but a note accompanying the return indicates that Holloway, whose first name of Walter was provided, is not employed there, but may be an employee of the prison's medical contractor. Accordingly, service on Holloway will be attempted in the care of counsel for the medical contractor.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to change the style of the case to reflect the correct name of Defendant Walter Holloway.

2.     Service is appropriate on Defendant Holloway, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon him, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this   27   day of October, 2010.

UNITED STATES MAGISTRATE JUDGE