**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONALD WINNETT                                                                                    PLAINTIFF
ADC #139544

V.                                    NO: 2:10CV00106 DPM/HDY

DANNY BURL *et al.*
                                                                                                      DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 26, 2010, and service was ordered. On November 18, 2010, the summons was returned unexecuted as to Defendant Walter Holloway. Service had been attempted in the care of counsel for the prison medical contractor, but was returned because Holloway is not a current employee of the contractor. However, counsel did file under seal the last known address for Holloway. Accordingly, service will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Walter Holloway's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Holloway, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #8), and this order, on Holloway, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this __19__ day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE