IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC# 139544                                                              PLAINTIFF

v.                          Case No. 2:10-cv-106-DPM

DANNY BURL, CAMBELL, SIMS,
C. DAVIS, WENDY KELLEY, JAMES BROWN
WALTER HOLLOWAY, JANE DOE, and
FLOYD                                                                    DEFENDANT

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Disposition—to which Donald Winnett timely objected, Document No. 35. After conducting a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Young's proposed findings and recommended disposition, Document No. 31, with one supplementary point. Winnett is of course free to file another case about court access if he wants to pursue that claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
22 Nov. 2010