IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC# 139544                                                                                           PLAINTIFF

v.                            Case No. 2:10-cv-106-DPM-HDY

DANNY BURL, CAMBELL, SIMS,
C. DAVIS, WENDY KELLEY, JAMES BROWN
WALTER HOLLOWAY, JANE DOE, and
FLOYD                                                                                                  DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommended Disposition, *Document No. 113*, which recommends that Donald' Winnett's motion to voluntarily dismiss two Defendants, *Document No. 112*, be granted. The Court adopts Magistrate Judge Young's proposal as its own. Winnett's motion is granted; and all claims against Defendants Danny Burl and James Brown are dismissed without prejudice. The Clerk is directed to remove these names as party Defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2011