**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONALD WINNETT                                                                                 PLAINTIFF
ADC #139544

V.                                              NO: 2:10CV00106 DPM/HDY

DANNY BURL *et al.*
                                                                                                      DEFENDANTS

<u>**ORDER**</u>

On April 1, 2011, Defendant Wendy Kelley filed a motion for summary judgment, a brief

in support, and a statement of facts (docket entries #136-#138).  Defendants Gearldine Campbell,

Chiquita Davis, Marybeth Floyd, Walter Holloway, and Crystal Sims, also filed a motion for

summary judgment, brief in support, and statement of facts, on April 1, 2011 (docket entries #139-

#141).  Although Plaintiff has filed a number of documents since that time (docket entries #143,

#144, & #146), it is unclear whether Plaintiff intends his filings to be the entirety of his response to

Defendants' motions.  Accordingly, if Plaintiff wishes to file any further response to Defendants'

motions, he must do so no later than 14 days after the entry of this order.

IT IS SO ORDERED this ___9___ day of May 2011.


_____
UNITED STATES MAGISTRATE JUDGE