IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC # 139544                                                                              PLAINTIFF

v.                              No. 2:10-cv-106-DPM-HDY

GERALDINE CAMPBELL, Nurse, CMS, East Arkansas
Regional Unit, ADC; CRYSTAL SIMS, Nurse, East
Arkansas Regional Unit, ADC; CHIQUITA DAVIS, Nurse,
East Arkansas Regional Unit, ADC; WALTER HOLLOWAY,
Infirmary Supervisor, East Arkansas Regional Unit, ADC; and
MARYBETH FLOYD, Nurse, East Arkansas
Regional Unit, ADC                                                                      DEFENDANTS

ORDER

The Court has reviewed *de novo* Magistrate Judge H. David Young's proposal, *Document No. 186*, to which Winnett has objected. Having considered all of Winnett's objections, *Document Nos. 189 & 192*, the Court concludes that Judge Young is correct on no exhaustion.

Proposed Findings and Recommendations, *Document No. 186*, adopted except for the certification about appeal. Motion for summary judgment, *Document No. 139*, granted. Motion for judgment, *Document No. 179*, denied. Motion to extend time, *Document No. 190*, granted. Motion for copies, *Document No. 193*, denied as moot. Winnett's complaint is dismissed without prejudice. Motion for ruling, *Document No. 195*, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 Jan. 2012