IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT
ADC# 139544                                                                      PLAINTIFF

v.                    No. 2:10-cv-106-DPM-HDY

DANNY BURL, Warden, East Arkansas Regional Unit, ADC;
GERALDINE CAMPBELL, Nurse, CMS, East Arkansas
Regional Unit, ADC; CRYSTAL SIMS, Nurse, East
Arkansas Regional Unit, ADC; CHIQUITA DAVIS, Nurse,
East Arkansas Regional Unit, ADC; WENDY KELLEY,
Assistant Director of Health, ADC; WALTER HOLLOWAY,
Infirmary Supervisor, East Arkansas Regional Unit, ADC;
JAMES BROWN, Program Coordinator, East Arkansas
Regional Unit, ADC; JANE DOE; and MARYBETH FLOYD,
Nurse, East Arkansas Regional Unit, ADC                      DEFENDANTS

JUDGMENT

Winnett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2012